**2007–0008.   State v. Kerr.**
Wood App. No. WD–05–080, 2006-Ohio-6058. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion to exceed the page

limitation on the memorandum in support of jurisdiction,

It is ordered by the court that the motion is granted.